UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COURTLAND MINOR,

    Plaintiff,

CASE NO. 1:11-CV-1032

v.

HON. ROBERT J. JONKER

J. BUNTING, *et al.*,

    Defendants.
_____/

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action (docket # 22). The Report and Recommendation was duly served on the parties on August 3, 2012. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 2, 2012, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motions for Summary Judgment (docket ## 12 and 13) are **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that for the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal within the meaning of 28 U.S.C. § 1915(a)(3). *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

Dated:     September 25, 2012              /s/ Robert J. Jonker
                                                                           ROBERT J. JONKER
                                                                           UNITED STATES DISTRICT JUDGE